**Opinion issued December 3, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00672-CV

————————————

**AMERISURE MUTUAL INSURANCE COMPANY, Appellant**

**V.**

**FRANCISCO CHAMUL, Appellee**

---

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Case No. 2012-14219**

---

## MEMORANDUM OPINION

The parties have filed a joint motion to dismiss this appeal. No opinion has

issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See*

TEX. R. APP. P. 42.1(a)(2). We dismiss any other pending motions as moot.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Landau and Hightower.